IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 15-CR-30001-DRH |
| | ) | |
| DAVID L. BRADFORD and | ) | |
| DELENTHEGIA BEARD-HAWKINS, | ) | |
| | ) | |
| Defendants. | ) | |

GOVERNMENT'S MOTION FOR PROTECTIVE ORDER
RELATING TO DISCOVERY AND JENCKS ACT MATERIALS

The United States of America, by Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Kit R. Morrissey, Assistant United States Attorney for said district, hereby moves for a protective order relating to Rule 16 and Jencks Act materials, and in support thereof, states as follows:

1. The trial of the Defendants is scheduled for March 2, 2015.

2. The investigation in this case is ongoing.

4. The United States has prepared individual copies of Rule 16 (F. R. Crim. P. 16) and Jencks Act (18 U.S.C. §3500) materials for mailing to defense counsel. However, the materials reveal the names and identities of witnesses who provided information to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in the investigation of this matter. Additionally, the materials, particularly the digital evidence, reveal the names and identities of confidential informants who worked with ATF in the investigation of this matter. Redaction of names and other personal identifiers is insufficient to protect the identity of these witnesses and confidential

informants because other information in the materials tends to reveal them. Redactions are nearly impossible from digital evidence, and to complete them would unnecessarily lengthen the time for the disclosure of these materials.

5. Public dissemination of the Rule 16 and Jencks Act materials containing the names and identities of individuals who provided information to the ATF, and confidential informants who worked with the ATF in the investigation of this matter, could jeopardize the safety of those individuals, and thus, the integrity of the case and the ongoing investigation.

6. Evidence establishing that the safety of individuals who provided information or worked with the ATF in the investigation of this matter could be in jeopardy is attached hereto and incorporated by reference herein in the form of an *ex parte* affidavit of ATF Special Agent Adam Ulery.

7. Rule 16 provides for the regulation of discovery materials and states in relevant part, "At any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." F. R. Crim. P. 16(d)(1). The United States is prepared to release individual copies of the Rule 16 and Jencks Act materials to defense counsel in order to advance the resolution of the case without a trial, or advance the preparation of the case for trial, pursuant to a protective order framed by this Honorable Court.

Wherefore, the United States respectfully requests that this Honorable Court enter a protective order relating to Rule 16 and Jencks Act materials as follows:

(a) That Rule 16 and Jencks Act materials, and any copies of the materials, be maintained in the sole custody and care of counsel for the defense, including counsel's office personnel; and

(b) That any pleadings or other filings of the parties not use the names or otherwise identify potential witnesses or confidential informants.

        Respectfully submitted,

        STEPHEN R. WIGGINTON
        United States Attorney

        *s/ Kit R. Morrissey*
        KIT R. MORRISSEY
        Assistant United States Attorney
        Nine Executive Drive
        Fairview Heights, IL 62208
        Tel:   (618) 628-3700
        Fax:  (618) 628-3730
        E-mail:  Kit.Morrissey@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID L. BRADFORD and )<br>DELENTHEGIA BEARD-HAWKINS, )<br>)<br>Defendants. ) | CRIMINAL NO. 15-CR-30001-DRH |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2015, I caused to be electronically filed

GOVERNMENT'S MOTION FOR PROTECTIVE ORDER
RELATING TO DISCOVERY AND JENCKS ACT MATERIALS

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

   Attorneys of Record

                              Respectfully submitted,

                              STEPHEN R. WIGGINTON
                              United States Attorney

                              *s/ Kit R. Morrissey*
                              KIT R. MORRISSEY
                              Assistant United States Attorney
                              Nine Executive Drive
                              Fairview Heights, IL 62208
                              Phone: 618-628-3700
                              Fax: 618-628-3730
                              Email:   Kit.Morrissey@usdoj.gov