IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

   Plaintiff,

v.                              No.   15-CR-30001-DRH

DELENTHEGIA BEARD-HAWKINS,
a/k/a Del Hawkins,

   Defendant.

## ORDER

On motion of the United States of America to dismiss the Second Superseding Indictment as to Defendant Delenthegia Beard-Hawkins for the reason that she pleaded guilty to the Superseding Indictment on December 16, 2015, and was convicted on the Superseding Indictment on March 3, 2017, the Court, having found good cause, hereby **GRANTS** the motion. The Second Superseding Indictment as to Delenthegia Beard-Hawkins is hereby **DISMISSED.**

**IT IS SO ORDERED.**

Signed this 6th day of March, 2017.

Digitally signed by
Judge David R. Herndon
Date: 2017.03.06
13:33:13 -06'00'

**UNITED STATES DISTRICT JUDGE**